UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JONATHAN ANTHONY HALL,   CIVIL NO. 08-4834 (PJS/JSM)

    Petitioner,

v.   ORDER

JOAN FABIAN, Commissioner
of Corrections, and LORI SWANSON,
Minnesota Attorney General,

    Respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 8, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is DENIED;

2. Petitioner's application to proceed in forma pauperis, (Docket No. 2), is DENIED; and

3. This action is DISMISSED WITH PREJUDICE.

Dated: 09/05/08

    s/Patrick J. Schiltz
    PATRICK J. SCHILTZ
    United States District Judge